UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAGUIRE,<br><br>             Plaintiff,<br><br>      v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>             Defendant. | Case No. 12-cv-05785-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 29 |

The parties stated on the record on June 19, 2013, that they have settled this action. *See* Dkt. No. 29. Accordingly, all deadlines and hearings in this case are VACATED. By August 5, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: June 20, 2013

_____
JON S. TIGAR
United States District Judge