UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL MAGUIRE,

       Plaintiff,

   v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

       Defendant.

Case No.  12-cv-05785-JST

**ORDER TO FILE STIPULATION OF DISMISSAL**

Re: Dkt. No. 29

The parties stated on the record on June 19, 2013, that they have settled this action. *See* Dkt. No. 29. Accordingly, all deadlines and hearings in this case are VACATED. By August 5, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

    **IT IS SO ORDERED**.

Dated: June 20, 2013

_____

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California