PAMELA E. COGAN (SBN 105089)
ALEXIS F. KENT (SBN 267800)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com
akent@rmkb.com

Attorneys for Defendants,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

FRANK N. DARRAS (SBN 128904)
LISSA A. MARTINEZ (SBN 206994)
SUSAN B. GRABARSKY (SBN 203004)
PHILLIP S. BATHER (SBN 273236)
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, CA 91761-1227
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Email: LMartinez@DarrasLaw.com

Attorneys for Plaintiff,
DANIEL MAGUIRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAGUIRE, Esq.,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and, USAA EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN,<br><br>Defendants. | Case No. CV 12-5785 JST<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

It is hereby stipulated by and between Plaintiff Daniel Maguire and Defendant Liberty Life Assurance Company of Boston, through their respective attorneys of record, that the present action be dismissed in its entirety with prejudice.

RC1/7014289.1/AFK

STIP AND [PROPOSED] ORDER DISMISSING
ACTION WITH PREJUDICE
CASE NO. CV 12-5785 (JST)

Each party is to bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: July 18, 2013                               ROPERS, MAJESKI, KOHN & BENTLEY


By: /s/ *Pamela E. Cogan*
PAMELA E. COGAN
ALEXIS F. KENT
Attorneys for Defendants LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Dated: July 18, 2013                               DARRAS LAW

By: /s/ *Lissa A. Martinez*
FRANK N. DARRAS
LISSA A. MARTINEZ
Attorneys for Plaintiff DANIEL MAGUIRE

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice. Each party is to bear its own fees and costs.

Dated: July 19, 2013                               Hon. Jon S. Tigar
United States District Judge

STIP AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
CASE NO. CV 12-5785 (JST)

- 2 -